UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION, :

　　　　　　　　　　　　Plaintiff, :

　　　　　　v. : Case No.: 1:07-cv-00364 (RMU)

VERITAS SOFTWARE CORPORATION, :

　　　　　　　　　　　　Defendant. :

**FILED**

**DEC 1 0 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court having reviewed the Securities and Exchange Commission's ("SEC") unopposed Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of Jude P. Damasco (the "Declaration"), and for good cause shown, it is this 10 day of DECEMBER, 2007 hereby

**ORDERED** that:

1.　The Clerk of this Court shall issue a check on account number 1:07CV00364, under the case name designation "SEC v. Veritas Software Corporation" for the amount of $96,500 payable to "Damasco & Associates, Trust Account" for the payment of tax obligations as provided in the Declaration. The Clerk of this Court shall place on the check the following Employer Identification Number: EIN 20-8757245.

2.　The Clerk of this Court shall send the check by overnight mail to:

　　Jude P. Damasco
　　Damasco & Associates LLP
　　700 Monte Vista Lane
　　Half Moon Bay, CA 94019

The SEC's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

*[signature]*
RICARDO M. URBINA
United States District Judge

Copies to:
**Counsel for SEC**
Richard Hong
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-4631

**Counsel for Veritas Software Corporation**
William R. Baker III
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304