UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.: 07-364 (RMU) |
| : | |
| VERITAS SOFTWARE CORPORATION, : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION TO DISBURSE FUNDS TO PAY FEES**

The Securities and Exchange Commission ("SEC") respectfully requests that the Court enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain fees of the Tax Administrator of the fund under this Court's jurisdiction in this action (the "Distribution Fund").  Defendant Veritas Software Corporation does not oppose this motion.

By order dated March 5, 2007, the Court entered Final Judgment as to defendant Veritas Software Corporation pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  Pursuant to the Final Judgment, on or about March 22, 2007, defendant Veritas Software Corporation paid a total of $30,000,001 of disgorgement and penalty to the Clerk of the Court who deposited it into the Distribution Fund.  The Distribution Fund was thereafter deposited in an interest bearing account, account number 1:07CV00364, under the case name designation "SEC v. Veritas Software Corporation."  The Distribution Fund constitutes a Qualified Settlement Fund (QSF) under section 468B(g)

of the Internal Revenue Code, 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated March 29, 2007, the Court appointed Damasco & Associates ("Damasco") as Tax Administrator to fulfill the tax obligations of the Distribution Fund. Pursuant to that Order, Damasco is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

As set forth in the attached Declaration of Jude P. Damasco (Exhibit 1), Damasco has incurred fees and expenses in the amount of $1,724.82 in connection with its duties as Tax Administrator.

For the foregoing reasons, the SEC respectfully requests that this Court enter the attached proposed Order directing the Clerk of Court to issue a check to Damasco in the amount of $1,742.82 and grant such other relief as it deems just and proper.

Dated: May 28, 2008          Respectfully submitted,


/s/ Richard Hong
Richard Hong
Assistant Chief Litigation Counsel

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4010-A
Phone: (202) 551-4431 (Hong)
Fax: (202) 772-9244
Email: hongr@sec.gov

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on May 28, 2008, I electronically filed the foregoing Motion, the attached Declaration of Jude P. Damasco, and Proposed Order with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to the following known Filing User: Richard Hong. I further certify that I served the foregoing document and notice of electronic filing by first-class mail to the following non-ECF participant:

**Counsel for Veritas Software Corporation**

William R. Baker III
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304


                                                        <u>/s/ Richard Hong</u>
                                                        Richard Hong

# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Veritas Distribution Fund in the Order Appointing Damasco & Associates as Tax Administrator, Civil Action No. 07-364 (RMU) filed on March 29, 2007.

3. Pursuant to our engagement agreement with the SEC, attached is a true and correct copy of our invoice for preparation and filing of the 2007 qualified settlement fund tax returns and related tax compliance services for the SEC v Veritas Distribution Fund.

4. Please remit payment in the amount of $1,724.82 via wire transfer or check according to the instructions listed on the attached invoice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 26, 2008 in Half Moon Bay, California.

_____
Jude P. Damasco

# Damasco & Associates LLP

PO Box 45719
San Francisco, CA 94145-0719
650-726-4100
FEIN 20-3042202

Melissa Robertson
SEC v Veritas Distribution Fund
U.S. Securities & Exchange Commission
100 F Street, Ne  Mail Stop 5010-B
Washington, DC  20549

CATS: HO-09429-D   |   Case Number: 07-364 (RMU)

Invoice No.   17869
Date          Friday, February 22, 2008
Client No.    008229

| SERVICE | | AMOUNT |
|---|---|---:|
| Preparation and Filing of 2007 US and DC Qualified Settlement Fund Tax Returns. | $ | 1,675.00 |
| Federal Express Delivery | | 49.82 |
| | Current Amount Due | 1,724.82 |
| | Prior Balance | 0.00 |
| | Total Amount Due  $ | 1,724.82 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK OF CALIFORNIA
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
700 MONTE VISTA LANE
HALF MOON BAY, CA 94019

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
:
v. : Civil Action No.: 07-364 (RMU)
:
VERITAS SOFTWARE CORPORATION, :
:
Defendant. :

**[PROPOSED] ORDER**

TO DISBURSE FUNDS TO PAY FEES

The Court having reviewed the Securities and Exchange Commission's ("SEC") unopposed Motion to Disburse Funds to Pay Fees, and the supporting Declaration of Jude P. Damasco (the "Declaration"), and for good cause shown, it is this __ day of _____, 2008 hereby

**ORDERED** that**:**

1. The Clerk of this Court shall issue a check on account number 1:07CV00364, under the case name designation "SEC v. Veritas Software Corporation" for the amount of $1,724.82 payable to "Damasco & Associates, LLP" for the payment of Tax Administrator fees as provided in the Declaration. The Clerk of this Court shall place on the check the following Employer Identification Number: EIN 20-8757245.

2. The Clerk of this Court shall send the check by overnight mail to:

   Jude P. Damasco
   Damasco & Associates LLP
   700 Monte Vista Lane
   Half Moon Bay, CA 94019

The SEC's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

 

 

_____
RICARDO M. URBINA
United States District Judge

Copies to:
**Counsel for SEC**
Richard Hong
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-4631

**Counsel for Veritas Software Corporation**
William R. Baker III
 Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304