UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| Plaintiff, : | |
| v. : | Civil Action No.: 07-364 (RMU) |
| VERITAS SOFTWARE CORPORATION, : | |
| Defendant. : | |

**UNOPPOSED MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS**

The Securities and Exchange Commission ("SEC") respectfully requests that the Court enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain tax obligations of the fund under this Court's jurisdiction in this action (the "Distribution Fund"). Defendant Veritas Software Corporation does not oppose this motion.

By order dated March 5, 2007, the Court entered Final Judgment as to defendant Veritas Software Corporation pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgment, on or about March 22, 2007, defendant Veritas Software Corporation paid a total of $30,000,001 of disgorgement and penalty to the Clerk of the Court which deposited into the Distribution Fund. The Distribution Fund was thereafter deposited in an interest bearing account, account number 1:07CV00364, under the case name designation "SEC v. Veritas Software Corporation." The Distribution Fund constitutes a Qualified Settlement Fund (QSF) under section 468B(g)

of the Internal Revenue Code, 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated March 29, 2007, the Court appointed Damasco & Associates ("Damasco") as Tax Administrator to fulfill the tax obligations of the Distribution Fund. Pursuant to that Order, Damasco is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

As set forth in the attached Declaration of Jude P. Damasco (Exhibit 1), Damasco has determined that the Distribution Fund should make a federal income tax payment in the amount of $40,500 for its quarterly estimated income tax payment due on June 15, 2008. Because Damasco has informed the SEC that it should receive the check on or before June 6, 2008, the SEC respectfully requests expedited consideration of this motion.

For the foregoing reasons, the SEC respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated: May 28, 2008                     Respectfully submitted,

/s/ Richard Hong
Richard Hong
Assistant Chief Litigation Counsel

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4631
Phone: (202) 551-4431 (Hong)
Fax: (202) 772-9244
Email: hongr@sec.gov

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, I electronically filed the foregoing Motion, the attached Declaration of Jude P. Damasco, and Proposed Order with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to the following known Filing User: Richard Hong. I further certify that I served the foregoing document and notice of electronic filing by first-class mail to the following non-ECF participant:

**Counsel for Veritas Software Corporation**

William R. Baker III
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304


                                        /s/ Richard Hong
                                        Richard Hong

# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF
# REQUEST TO MAKE TAX PAYMENT

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Veritas Distribution Fund in the Order, Civil Action No. 07-364 (RMU) filed on March 29, 2007.

3. As Tax Administrator, Damasco has determined that the SEC v Veritas Distribution Fund owes $40,500 in estimated tax liability for the second quarter of 2008. This tax payment is due June 16, 2008.

4. A check in the amount of $40,500 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019. For timely payment, the check should be received in our office on or before June 6, 2008.

5. The check will be deposited into a trust account from which the tax payment will be made. Therefore, the Employer Identification Number that should be written on the check is 20-8757245 because it is for tax payment on behalf of the SEC v Veritas Distribution Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2008 in Half Moon Bay, California.

*/s/ Jude P. Damasco*
Jude P. Damasco

F:\Settlement Funds\SEC Agency Cases\SEC v Veritas\2008\JPD Q2 Dec.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                      :
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :
                 Plaintiff,           :
                                      :
         v.                           :  Civil Action No.: 07-364 (RMU)
                                      :
VERITAS SOFTWARE CORPORATION,         :
                                      :
                 Defendant.           :
_____:
```

**[PROPOSED] ORDER**

TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court having reviewed the Securities and Exchange Commission's ("SEC") unopposed Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of Jude P. Damasco (the "Declaration"), and for good cause shown, it is this __ day of _____, 2008 hereby

**ORDERED** that**:**

   1.   The Clerk of this Court shall issue a check on account number 1:07CV00364, under the case name designation "SEC v. Veritas Software Corporation," for the amount of $40,500 payable to "Damasco & Associates, Trust Account" for the payment of tax obligations as provided in the Declaration. The Clerk of this Court shall place on the check the following Employer Identification Number: EIN 20-8757245.

   2.   The Clerk of this Court shall send the check by overnight mail to:

>   Jude P. Damasco
>   Damasco & Associates LLP
>   700 Monte Vista Lane
>   Half Moon Bay, CA 94019

The SEC's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

_____
RICARDO M. URBINA
United States District Judge

Copies to:
**Counsel for the SEC**
Richard Hong
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-4631

**Counsel for Veritas Software Corporation**
William R. Baker III
 Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304