UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

VERITAS SOFTWARE CORPORATION,

    Defendant.

Civil Action No.: 07-364 (RMU)

## ORDER

### TO DISBURSE FUNDS TO PAY FEES

The Court having reviewed the Securities and Exchange Commission's ("SEC") unopposed Motion to Disburse Funds to Pay Fees, and the supporting Declaration of Jude P. Damasco (the "Declaration"), and for good cause shown, it is this 29 day of May, 2008 hereby

**ORDERED** that:

1. The Clerk of this Court shall issue a check on account number 1:07CV00364, under the case name designation "SEC v. Veritas Software Corporation" for the amount of $1,724.82 payable to "Damasco & Associates, LLP" for the payment of Tax Administrator fees as provided in the Declaration. The Clerk of this Court shall place on the check the following Employer Identification Number: EIN 20-8757245.

2. The Clerk of this Court shall send the check by overnight mail to:

  Jude P. Damasco
  Damasco & Associates LLP
  700 Monte Vista Lane
  Half Moon Bay, CA 94019

The SEC's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

                                                                                                    *[signature]*
                                                                                    RICARDO M. URBINA
                                                                                    United States District Judge

Copies to:
**Counsel for SEC**
Richard Hong
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-4631

**Counsel for Veritas Software Corporation**
William R. Baker III
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304