**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAY **2 9** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SECURITIES AND EXCHANGE COMMISSION, :

                    Plaintiff, :

                v. : Civil Action No.: 07-364 (RMU)

VERITAS SOFTWARE CORPORATION, :

                    Defendant. :

## ORDER

### TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court having reviewed the Securities and Exchange Commission's ("SEC")

unopposed Motion to Disburse Funds to Pay Tax Obligations, and the supporting

Declaration of Jude P. Damasco (the "Declaration"), and for good cause shown, it is this

29 day of _May_____, 2008 hereby

**ORDERED** that:

1.    The Clerk of this Court shall issue a check on account number

1:07CV00364, under the case name designation "SEC v. Veritas Software Corporation,"

for the amount of $40,500 payable to "Damasco & Associates, Trust Account" for the

payment of tax obligations as provided in the Declaration. The Clerk of this Court shall

place on the check the following Employer Identification Number: EIN 20-8757245.

2.    The Clerk of this Court shall send the check by overnight mail to:

        Jude P. Damasco
        Damasco & Associates LLP
        700 Monte Vista Lane
        Half Moon Bay, CA 94019

The SEC's counsel shall provide the Court Registry with the necessary overnight

shipping information and the SEC's billing number.

_Ricardo M. Urbina_

---
RICARDO M. URBINA
United States District Judge

Copies to:
**Counsel for the SEC**
Richard Hong
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-4631

**Counsel for Veritas Software Corporation**
William R. Baker III
 Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304