UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | | |
| Plaintiff, | : : | Case No.: | 07-00364 (RMU) |
| v. | : : | Document No.: | 18 |
| VERITAS SOFTWARE CORPORATION, | : : | | |
| Defendant. | : | | |

### ORDER FOR DISBURSEMENT OF FUNDS

### GRANTING THE PLAINTIFF'S UNOPPOSED MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

Upon consideration of the plaintiff's [18] unopposed Motion to Disburse Funds to Pay Tax Obligations and the supporting Declaration of Jude P. Damasco (the "Declaration"), and good cause having been shown, it is this 2nd day of September, 2008, hereby

**ORDERED** that the Clerk of the Court shall issue a check on account number 1:07CV00364, under the case name designation "SEC v. Veritas Software Corporation," in the amount of $25,000 payable to "Damasco & Associates, Trust Account" for the payment of tax obligations as provided in the Declaration; and it is further

**ORDERED** that the Clerk of the Court shall place on the check the following Employer Identification Number: EIN 20-8757245; and it is further

**ORDERED** that the Clerk of the Court shall send the check by overnight mail to:

Jude P. Damasco
Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge